B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hernandez, Norma, Lisa** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Norma Lisa Dobbs** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **4720** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1880 Bonnie Ln., #320**<br>**Hoffman Estates, IL**  ZIP CODE **60169** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Norma Lisa Hernandez |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:     **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X   s/ Karl H. Magnus                                        **3/20/2011** Signature of Attorney for Debtor(s)              Date Karl Magnus                                             6256324 |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐  Yes, and Exhibit C is attached and made a part of this petition. ☒  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ☒   Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. ☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). _____ (Name of landlord that obtained judgment) _____ (Address of landlord) ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | Norma Lisa Hernandez |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X **s/ Norma Lisa Hernandez**
Signature of Debtor   **Norma Lisa Hernandez**

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
**3/20/2011**
Date

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X **s/ Karl H. Magnus**<br>Signature of Attorney for Debtor(s)<br><br>**Karl Magnus  Bar No. 6256324**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Karl H. Magnus**<br>Firm Name<br><br>**Attorney at Law 121 S. Wilke Suite 201**<br>Address<br><br>**Arlington Heights, IL 60005**<br><br>**847-368-0000          847-352-2964**<br>Telephone Number<br><br>**3/20/2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. 110.)<br><br>Address<br><br>X **Not Applicable** |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re  Norma Lisa Hernandez                                    Case No. _____
_____                                    _____
Debtor                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exh. D) (12/09) — Cont.

❑  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑  Active military duty in a military combat zone.

❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **s/ Norma Lisa Hernandez**
                      **Norma Lisa Hernandez**

Date:  **3/20/2011**

B6A (Official Form 6A) (12/07)

In re: __Norma Lisa Hernandez_____   Case No. _____
                     __Debtor__                                         (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

Total ➢ 0.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Norma Lisa Hernandez** _____,   Case No. _____
                                    **Debtor**                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TCF Bank - Checking Account** | | 450.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit on Apartment** | | 870.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household Goods, Furnishings and Electronics for a 2 bedroom apartment** | | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. Clothing** | | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA - American Funds** | | 300.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  <u>Norma Lisa Hernandez</u>                                ,          Case No. _____
                                      **Debtor**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

____1____   continuation sheets attached          Total   >      $  2,220.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  Norma Lisa Hernandez _____      Case No. _____
                              Debtor                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **IRA - American Funds** | **735 ILCS 5/12-704 or 100% of fair market value** | 300.00 | 300.00 |
| **Misc. Clothing** | **735 ILCS 5/12-1001(b) or 100% of fair market value** | 100.00 | 100.00 |
| **Misc. Household Goods, Furnishings and Electronics for a 2 bedroom apartment** | **735 ILCS 5/12-1001(b) or 100% of fair market value** | 500.00 | 500.00 |
| **Security Deposit on Apartment** | **735 ILCS 5/12-1001(b) or 100% of fair market value** | 870.00 | 870.00 |
| **TCF Bank - Checking Account** | **735 ILCS 5/12-1001(b) or 100% of fair market value** | 450.00 | 450.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re  Norma Lisa Hernandez _____,    Case No. _____
                                                                          (If known)
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8265<br><br>Bank of America<br>Formerly Countrywide Home Loans<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | | J | Mortgage<br>915 Georgia St.,<br>Joliet IL - turned over to former spouse per divorce decree<br><br>VALUE $0.00 | | | | unknown | 0.00 |
| ACCOUNT NO.  7043<br><br>Bank of America<br>Formerly Countrywide Home Loans<br>4161 Piedmont Parkway<br>Greensboro, NC 27410<br><br>MERS<br>POB 2026<br>Flint, MI 48501-2026<br><br>Countrywide<br>C/O Bank of America<br>1199 N. Fairfax St., #500<br>Alexandria, VA 22314 | | J | Security Agreement<br>915 Georgia St.,<br>Joliet IL - turned over to former spouse per divorce decree<br><br>VALUE $0.00 | | | | unknown | 0.00 |

0     continuation sheets
      attached

Subtotal  ➤
(Total of this page)

$         0.00  $         0.00

Total  ➤
(Use only on last page)

$         0.00  $         0.00

(Report also on Summary of  (If applicable, report
Schedules)                  also on Statistical
                            Summary of Certain
                            Liabilities and
                            Related Data.)

B6E (Official Form 6E) (4/10)

In re   <u>Norma Lisa Hernandez</u>                                    Case No. _____
                                   Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re  __Norma Lisa Hernandez_____    Case No. _____
                                    Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ►<br>(Totals of this page) | $    0.00 | $    0.00 | $    0.00 |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $    0.00 | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $    0.00 | $    0.00 |

B6F (Official Form 6F) (12/07)

In re   __Norma Lisa Hernandez_____     Case No. _____
                                    _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   2065 | | | | | | | 816.00 |
| Advanced Family Dental 2241 Theodore St. Cresthill, IL 60403  Creditors Discount & Audit Co. 415 E. Main St. POB 213 Streator, IL 61364-0213 | | | dental | | | | |
| ACCOUNT NO.   6990 | | | | | | | 9,975.00 |
| Americredit POB 181145 Arlington, TX 76069  Americredit POB 183593 Arlington, TX 76069 | | | Misc. Consumer Debt 2003 Mercury Repossessed | | | | |
| ACCOUNT NO.   4589 | | | | | | | 0.00 |
| Applied Bank 4700 Exchange Dr. Boca Raton, FL 33431-0966  Applied Bank POB 10210 Wilmington, DE 19850 | | | Misc. Consumer Debts | | | | |

__14__  Continuation sheets attached

                                                                Subtotal  ▶ $         10,791.00

                                                                   Total  ▶ $
                                        (Use only on last page of the completed Schedule F.)
                                  (Report also on Summary of Schedules and, if applicable on the Statistical
                                        Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Norma Lisa Hernandez**      Case No. _____
              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7818 | | | | | | | 239.00 |
| Asso. Pathologists of Joliet POB 1509 Elgin, IL 60121-1509 | | | Medical | | | | |
| Creditors Discount & Audit Co. 415 E. Main St. POB 213 Streator, IL 61364-0213 | | | | | | | |
| ACCOUNT NO. Numerous | | | | | | | 1,000.00 |
| Athletic & Therapeutic Inst. 790 Remington Blvd. Bolingbrook, IL 60440 | | | Medical | | | | |
| FFCC Columbus 1550 Old Henderson Rd., #100 Columbus, OH 43224-3626 | | | | | | | |
| ACCOUNT NO. 5997 | | | | | | | 8,369.00 |
| Auto Resources Inc. DBA J.D. Byrider 2323 W. Jefferson St. Joliet, IL 60435 | | | Chevy Impala Repossessed | | | | |
| ACCOUNT NO. 9558 | | | | | | | 1,300.00 |
| Capital One POB 30281 Salt Lake City, UT 84130-0281 | | | Misc. Consumer Debt | | | | |
| Capital One POB 23260 Richmond, VA 23260 | | | | | | | |

Sheet no. 1 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims          Subtotal > $     10,908.00

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Norma Lisa Hernandez_____        Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   3216<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE  19850-5298<br><br><br>Northstar Location Services<br>4285 Genesee St.<br>Cheektowaga, NY 14225-1943 | | | Misc. Consumer Debt | | | | 80.00 |
| ACCOUNT NO.   0057543233 16<br><br>Chicago Dept. Revenue<br>POB 88298<br>Chicago, IL 60680-1298 | | | Parking | | | | 100.00 |
| ACCOUNT NO.<br><br>CNAC<br>2345 Jefferson St.<br>Joliet, IL 60435<br><br><br>Auto Resources Inc.<br>DBA J.D. Byrider<br>2323 W. Jefferson St.<br>Joliet, IL 60435 | | | Misc. Consumer Debt Repossessed Chevy Impala | | | | 8,369.00 |
| ACCOUNT NO.   5559<br><br>Credit First National Association<br>POB 81344<br>Cleveland, OH 44188/<br><br><br>Alliance One<br>POB 3102<br>Southeastern, PA 19398-3111 | | | Misc. Consumer Debts | | | | 242.00 |

Sheet no. _2_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $                   8,791.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Norma Lisa Hernandez _____   Case No. _____
                          **Debtor**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   9092 | | | | | | | 1,140.00 |
| Credit One Bank POB 98873 Las Vegas, NV 89193-8873  LVNV Funding POB 10497 Greenville, SC 29603-0497 | | | Misc. Consumer Debt | | | | |
| ACCOUNT NO.   6019* | | | | | | | 933.00 |
| Discount Tire/ Gemb POB 981439 El Paso, TX 79998-1439 | | | Misc. Consumer Debt | | | | |
| ACCOUNT NO.   5200 | | | | | | | 1,378.00 |
| Discover Financial Services POB 15316 Wilmington, DE 19850 | | | Misc. Consumer Debt | | | | |
| ACCOUNT NO.   548 | | | | | | | 334.00 |
| Dr. Ahsan & Associates 1040 Willow Cir. Cresthill, IL 60435  Collection Professionals, Inc. 723 First St. LaSalle, IL 61301-2535 | | | Medical | | | | |

Sheet no. _3_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $              3,785.00

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Norma Lisa Hernandez _____     Case No. _____
                          **Debtor**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Equable Ascent Financial <br> 1120 W. Lake Cook Rd. <br> Buffalo Grove, IL 60089-1970 <br><br> GE Money | | | Misc. Consumer Debt | | | | 933.00 |
| ACCOUNT NO.   *3093 <br><br> Farmers Insurance <br> POB 0914 <br> Carol Stream, IL 60132-0914 | | | Misc. Consumer Debt | | | | 638.00 |
| ACCOUNT NO.   0622 <br><br> GE Money Bank <br> P.O. Box 981439 <br> El Paso, TX 79998 | | | Misc. Consumer Debts | | | | 933.00 |
| ACCOUNT NO.   2342 <br><br> H&R Block Bank <br> POB 10170 <br> Kansas City, MO 64171 | | | Misc. Consumer Debt | | | | 865.00 |
| ACCOUNT NO.   2472 <br><br> HSBC Bank <br> POB 98706 <br> Las Vegas, NV 89193-8706 | | | Misc. Consumer Debt | | | | 763.00 |

Sheet no. _4_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ | $    4,132.00

Total ▸ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Norma Lisa Hernandez** _____   Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4656 <br><br> HSBC Bank <br> POB 98706 <br> Las Vegas, NV 89193-8706 | | | Misc. Consumer Debt | | | | 585.00 |
| ACCOUNT NO.   8758 <br><br> I.D.E.S <br> Benefit Payment Control <br> POB 4385 <br> Chicago, IL 60680-4385 <br><br> I.D.E.S. <br> Benefit Repayments <br> POB 19286 <br> Springfield, IL 62794-9286 | | | Unemployment Insurance Overpayment | | | | 2,485.00 |
| ACCOUNT NO.   1057 <br><br> Joliet Doctors Clinic <br> c/o Collection Professionals Inc. <br> 723 First St. <br> LaSalle, IL 61301-2535 | | | Medical | | | | 279.00 |

Sheet no. 5 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   3,349.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Norma Lisa Hernandez _____     Case No. _____
                           **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4311** |  |  |  |  |  |  | **1,500.00** |
| **Joliet Fire Dept.** c/o City of Joliet POB 457 Wheeling, IL 60090  **Creditors Discount & Audit Co.** 415 E. Main St. POB 213 Streator, IL 61364-0213  **Professional Account Management, LL** Collections POB 391 Milwaukee, WI 53201-000391 |  |  | Medical |  |  |  |  |
| ACCOUNT NO.   **\*\*\*2947 numerous numbers** |  |  |  |  |  |  | **551.00** |
| **Joliet Fire Dept.** c/o City of Joliet POB 457 Wheeling, IL 60090 |  |  | Medical |  |  |  |  |
| ACCOUNT NO.   **9533** |  |  |  |  |  |  | **100.00** |
| **Joliet Radiological Service Corp** 36910 Treasury CTR Chicago, IL 60694-6900  **ICS Collections** POB 1010 Tinley Park, IL 60477-9110 |  |  | Medical |  |  |  |  |

Sheet no. _6_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $   **2,151.00**

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Norma Lisa Hernandez _____    Case No. _____
                                    Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1560 | | C | | | | | 375.00 |
| Joliet Radiological Service Corp 36910 Treasury CTR Chicago, IL 60694-6900 | | | medical | | | | |
| ACCOUNT NO.  8442 | | | | | | | 18.00 |
| Labcorp of America POB 2240 Burlington, NC 27216-2240 | | | medical | | | | |
| ACCOUNT NO.  3841 | | | | | | | 18.00 |
| Laboratory Corp. of America c/o AMCA 2269 S. Saw Mill Rd., Bldg 3 Elmsford, NV 10523 | | | medical | | | | |
| ACCOUNT NO.  7735 | | | | | | | 1,380.00 |
| LVNV Funding POB 10497 Greenville, SC 29603-0497 | | | Misc. Consumer Debt | | | | |
| ACCOUNT NO.  9092 | | | | | | | 1,156.00 |
| LVNV Funding POB 10497 Greenville, SC 29603-0497 | | | Misc. Consumer Debt | | | | |

Sheet no. _7_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ 2,947.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Norma Lisa Hernandez _____     Case No. _____
                              Debtor                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   9519 <br><br> Meijer <br> POB 9814000 <br> Elpaso, TX  79998 | | | Misc. Consumer Debts | | | | 1,351.00 |
| ACCOUNT NO.   52701 <br><br> Midwest Pediatric Cardiology <br> 1482 Momentum Pl. <br> Chicago, IL 60689-5314 | | C | Medical | | | | 35.00 |
| ACCOUNT NO.   *E000 <br><br> Northeast Neprology <br> 815 N. Larkin #205 <br> Joliet, IL 60435 | | | Medical | | | | 275.00 |
| ACCOUNT NO.   ***9901 <br><br> Prairie Emergency PHYS <br> POB 635225 <br> Cincinnati, OH 45263-0043 | | | Medical | | | | 87.00 |

Sheet no.  8  of  14  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▸  $          1,748.00

Total  ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Norma Lisa Hernandez** _____   Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5154 | | | | | | | 379.00 |
| Provena St. Joseph Medical CNTR<br>333 N. Madison St.<br>Joliet, IL 60435-6595<br>Attn. Patient Financial Accounts<br><br>Academy Collection Service, Inc.<br>10965 Decatur Rd.<br>Philadelphia, PA 19154-3210 | | | medical | | | | |
| ACCOUNT NO.   8879 | | C | | | | | 86.00 |
| Provena St. Joseph Medical CNTR<br>333 N. Madison St.<br>Joliet, IL 60435-6595<br>Attn. Patient Financial Accounts<br><br>Academy Collection Service, Inc.<br>10965 Decatur Rd.<br>Philadelphia, PA 19154-3210<br><br>HRRG<br>POB 189053<br>Plantation, FL 33318-9053 | | | medical | | | | |
| ACCOUNT NO.   2649 | | | | | | | 2,165.00 |
| Provena St. Joseph Medical CNTR<br>333 N. Madison St.<br>Joliet, IL 60435-6595<br>Attn. Patient Financial Accounts<br><br>Mira Med Revenue Group, LLC<br>POB 536<br>Linden, MI 48451-0505 | | | medical | | | | |

Sheet no. _9_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ **2,630.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Norma Lisa Hernandez** _____     Case No. _____
                              Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   *4817 Plus numerous others | | | | | | | 11,804.00 |
| Provena St. Joseph Medical CNTR 333 N. Madison St. Joliet, IL 60435-6595 Attn. Patient Financial Accounts<br><br>Mira Med Revenue Group, LLC POB 536 Linden, MI 48451-0505 | | | Medical | | | | |
| ACCOUNT NO.   2717 | | | | | | | 1,622.00 |
| Provena St. Joseph Medical CNTR 333 N. Madison St. Joliet, IL 60435-6595 Attn. Patient Financial Accounts | | | Medical | | | | |
| ACCOUNT NO.   Numerous numbers | | | | | | | 10,000.00 |
| Provena St. Joseph Medical CNTR 333 N. Madison St. Joliet, IL 60435-6595 Attn. Patient Financial Accounts | | | Medical for minor Kenisha Hill | | | | |
| ACCOUNT NO.   6453 | | | | | | | 488.00 |
| Provena St. Joseph Medical CNTR 333 N. Madison St. Joliet, IL 60435-6595 Attn. Patient Financial Accounts<br><br>Prairie Emergency Services POB 189016 Plantation, FL 33318-9016 | | | medical | | | | |

Sheet no. _10_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $   23,914.00



Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Norma Lisa Hernandez** _____     Case No. _____
                                    **Debtor**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7280**<br>**Provena St. Joseph Medical CNTR**<br>**333 N. Madison St.**<br>**Joliet, IL 60435-6595**<br>**Attn. Patient Financial Accounts** | | | **medical** | | | | 51.00 |
| ACCOUNT NO.   **4294**<br>**Provena St. Joseph Medical CNTR**<br>**333 N. Madison St.**<br>**Joliet, IL 60435-6595**<br>**Attn. Patient Financial Accounts** | | | **medical** | | | | 282.00 |
| ACCOUNT NO.   **4521**<br>**Rezin Orthopedics**<br>**1051 W US RTE 6 #100**<br>**Morris, IL 60450**<br><br>**Michael D. Fine, Attorney**<br>**131 S. Dearborn St., Floor 5**<br>**Chicago, IL**<br>**60603**<br>**Attn: Chase Bank**<br><br>**Mid State Collections**<br>**POB 3292**<br>**Champaign, IL 61826** | | | **medical** | | | | 175.00 |
| ACCOUNT NO.   **5049***<br>**Sears/CBSD**<br>**8725 W. Sahara Ave.**<br>**MC02 02 03**<br>**The Lakes, NV 89163-7802** | | | **Misc. Consumer Debts** | | | | 3,500.00 |

Sheet no.  11  of  14  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $    **4,008.00**

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Norma Lisa Hernandez _____          Case No. _____
                                    Debtor                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Security Credit Services <br> 2623 W. Oxford Loop <br> Oxford, MS 38655 | | | Misc. Consumer Debt | | | | 1,351.00 |
| ACCOUNT NO.   9188 <br><br> Sprint PCS <br> 2001 Edmond Halley Dr. <br> Reston, VA 20191 <br><br> Enhanced Recovery <br> 8014 Bayberry Rd. <br> Jacksonville, FL 32256-7412 | | | Misc. Consumer Debts | | | | 415.00 |
| ACCOUNT NO.   6680 <br><br> Target National Bank <br> POB 673 <br> Minneapolis, MN 55440-0673 | | | Misc. Consumer Debts | | | | 5,255.00 |
| ACCOUNT NO.   1300 <br><br> Thomas Hoover DDS <br> 2357 Hassell Rd., #208 <br> Hoffman Estates, IL 60195 | | | medical | | | | 484.00 |

Sheet no. 12 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $                    7,505.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Norma Lisa Hernandez                                            Case No. _____

                                Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0231<br><br>US Cellular<br>8410 W. Bryn Mawr Ave., #700<br>Chicago, IL 60631<br><br>AMO Recoveries<br>POB 926100<br>Norcross, GA 30010-6200 | | | Misc. Consumer Debt | | | | 680.00 |
| ACCOUNT NO.   5426<br><br>Verizon<br>1515 Woodfield Rd., #1400<br>Schaumburg, IL 60173-5443<br>Recovery Dept.<br><br>Verizon Wireless<br>POB 26055<br>Minneapolis, MN 55426 | | | Misc. Consumer Debt | | | | 648.00 |
| ACCOUNT NO.   6985<br><br>Village Hanover Park<br>2121 West Lake Street<br>Hanover Park, Illinois 60133<br><br>NW Collectors<br>3601 Algonquin Rd., #23<br>Rolling Meadows, IL 60008 | | | Ticket | | | | 75.00 |

Sheet no. 13 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 1,403.00

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Norma Lisa Hernandez _____          Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   x126985 IL | | | | | | | 160.00 |
| Village of Schaumburg Police 1000 W. Schaumburg Rd. Schaumburg, IL 60194  Professional Account Management, LL Collections POB 391 Milwaukee, WI 53201-000391 | | | Parking | | | | |
| ACCOUNT NO.   1209 | | | | | | | 1,000.00 |
| Walmart POB 981046 ElPaso, TX 79998-1060 | | | Misc. Consumer Debts | | | | |
| ACCOUNT NO.   1124 | | | | | | | 828.00 |
| WCMA Joliet Medical Group 2100 Glenwood Ave. Joliet, IL 60435 | | | medical | | | | |

Sheet no. _14_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ▶   $   1,988.00

Total   ▶   $   90,050.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**Karl Magnus  6256324**
**Karl H. Magnus**
**Attorney at Law**
**121 S. Wilke Suite 201**
**Arlington Heights, IL 60005**

**847-368-0000**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In Re:
Debtor:  **Norma Lisa Hernandez**
Social Security Number:  **4720**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.  **Advanced Family Dental**<br>**2241 Theodore St.**<br>**Cresthill, IL 60403** | **Unsecured Claims** | $  816.00 |
| 2.  **Americredit**<br>**POB 181145**<br>**Arlington, TX 76069** | **Unsecured Claims** | $  9,975.00 |
| 3.  **Applied Bank**<br>**4700 Exchange Dr.**<br>**Boca Raton, FL 33431-0966** | **Unsecured Claims** | $  0.00 |
| 4.  **Asso. Pathologists of Joliet**<br>**POB 1509**<br>**Elgin, IL 60121-1509** | **Unsecured Claims** | $  239.00 |
| 5.  **Athletic & Therapeutic Inst.**<br>**790 Remington Blvd.**<br>**Bolingbrook, IL 60440** | **Unsecured Claims** | $  1,000.00 |

In re:   **Norma Lisa Hernandez**                              Case No. _____

| | | | |
|---|---|---|---|
| 6. | **Auto Resources Inc.**<br>DBA J.D. Byrider<br>2323 W. Jefferson St.<br>Joliet, IL 60435 | **Unsecured Claims** | $ 8,369.00 |
| 7. | **Bank of America**<br>**Formerly Countrywide Home Loans**<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | **Secured Claims** | $ 0.00 |
| 8. | **Bank of America**<br>**Formerly Countrywide Home Loans**<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | **Secured Claims** | $ 0.00 |
| 9. | **Capital One**<br>POB 30281<br>Salt Lake City, UT 84130-0281 | **Unsecured Claims** | $ 1,300.00 |
| 10. | **Chase**<br>P.O. Box 15298<br>Wilmington, DE  19850-5298 | **Unsecured Claims** | $ 80.00 |
| 11. | **Chicago Dept. Revenue**<br>POB 88298<br>Chicago, IL 60680-1298 | **Unsecured Claims** | $ 100.00 |
| 12. | **CNAC**<br>2345 Jefferson St.<br>Joliet, IL 60435 | **Unsecured Claims** | $ 8,369.00 |
| 13. | **Credit First National Association**<br>POB 81344<br>Cleveland, OH 44188/ | **Unsecured Claims** | $ 242.00 |
| 14. | **Credit One Bank**<br>POB 98873<br>Las Vegas, NV 89193-8873 | **Unsecured Claims** | $ 1,140.00 |